UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MELANIE RAYDO and DANIEL LANG,

                Plaintiffs,

-against-

THE CITY OF NEW YORK, NEW YORK CITY
POLICE OFFICER ERIC RODRIGUEZ
individually and in his official capacity, NEW
YORK CITY POLICE OFFICER JOHN DOE #1,
individually and in his official capacity, and NEW
YORK CITY POLICE OFFICERS JOHN AND
JANE DOES #2-#10, individually and in their
official capacities,

                Defendants.
-----------------------------------------------------------------X

18 CIVIL 10919 (DLC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 20, 2020, the defendants' December 6 motion for summary judgment and judgment on the pleadings is granted. Judgment is entered for the defendants on each of the § 1983 claims. The Court declines to exercise supplemental jurisdiction over the remaining state law claim for negligent hiring; it is dismissed without prejudice to refiling in state court.

**Dated:** New York, New York
         May 21, 2020

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                **BY:**

                                                          **Deputy Clerk**