```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
 MELANIE RAYDO and DANIEL LANG,            :
                                           :
                          Plaintiffs,      :        18cv10919 (DLC)
                                           :
              -v-                          :              ORDER
                                           :
 THE CITY OF NEW YORK, NEW YORK CITY       :
 POLICE OFFICER ERIC RODRIGUEZ             :
 individually and in his official          :
 capacity, NEW YORK CITY POLICE OFFICER    :
 JOHN DOE #1, individually and in his      :
 official capacity, and NEW YORK CITY      :
 POLICE OFFICERS JOHN AND JANE DOES #2-    :
 #10, individually and in their official   :
 capacities,                               :
                                           :
                          Defendants.      :
                                           :
------------------------------------------ X
```

DENISE COTE, District Judge:

On May 20, 2020, the Court granted defendants' motions for summary judgment and for judgment on the pleadings. On June 3, plaintiffs filed a motion seeking leave to amend pursuant to Rule 15(c), Fed. R. Civ. P., or, in the alternative, for reconsideration pursuant to Rule 60, Fed. R. Civ. P. Accordingly, it is hereby

ORDERED that defendants shall file any response to the June 3 motion by **June 26, 2020.** Plaintiffs' reply, if any, shall be

filed by **July 10**.

    SO ORDERED:

Dated:    New York, New York
          June 4, 2020

                              _____
                              DENISE COTE
                       United States District Judge