UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

MELANIE RAYDO and DANIEL LANG,

                          Plaintiffs,

-against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE
OFFICER ERIC RODRIGUEZ, individually and in his
official capacity, NEW YORK CITY POLICE OFFICER
JOHN DOES #1, individually and in his official capacity, and
NEW YORK CITY POLICE OFFICERS JOHN AND JANE
DOES #2-#10, individually and in their official capacities,

                          Defendants.
------------------------------------------------------------------------- x

**NOTICE OF APPLICATION FOR COSTS SOUGHT AGAINST PLAINTIFFS**

18 Civ. 10919 (DLC)

      **PLEASE TAKE NOTICE** that, upon Defendants' Bill of Costs, the Declaration of MaryBeth Allen dated December 14, 2020, and the exhibits annexed thereto, and all other pleadings and proceedings herein, defendants will move this Court before the Orders and Judgment Clerk, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, Room 250, New York, New York 10007 on December 29, 2020 at 11:30 A.M. or, as soon thereafter as counsel may be heard, at a time and date to be determined as convenient for the Court, for an order pursuant to Rule 54 of the Federal Rules of Civil Procedure, Local Civil Rule 54.1, and 28 U.S.C. §§1920 and 1923, granting fees and costs sought by defendants and granting such other relief that this Court deems proper.

Date:      New York, New York
             December 14, 2020

                                **JAMES E. JOHNSON**
                                Corporation Counsel of the City of New York
                                *Attorney for Defendants*
                                100 Church Street
                                New York, New York 10007
                                Tel.: (212) 356-5057

                                By:

                                *MaryBeth Allen* /s/
                                MaryBeth Allen
                                *Senior Counsel*
                                *Special Federal Litigation Division*

TO:    <u>VIA ECF</u>
Moira Meltzer-Cohen, Esq.
11 Park Place
New York, NY 10007
Tel.: (347)-248-6771
Email: meltzercohen@gmail.com

Remy Green, Esq.
Cohen & Green
1639 Centre Street, Suite 216
Ridgewood, NY 11385
Tel.: (929) 888-9480
Fax: (929) 888-9457
Email: j.remy.green@gmail.com

Geoffrey S. Stewart, Esq.
145 Avenue of the Americas, 7th Floor
New York, NY 10013
Tel.: (212) 625-9696
Fax: (718) 374-6094
Email: gstewart.defender@gmail.com
*Attorneys for Plaintiffs*

18 Civ. 10919 (DLC)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

MELANIE RAYDO and DANIEL LANG,

                                  Plaintiff,

-against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE OFFICER ERIC RODRIGUEZ, individually and in his official capacity, NEW YORK CITY POLICE OFFICER JOHN DOES #1, individually and in his official capacity, and NEW YORK CITY POLICE OFFICERS JOHN AND JANE DOES #2-#10, individually and in their official capacities,

                                  Defendants..

**NOTICE OF APPLICATION FOR COSTS, BILL OF COSTS, AND DECLARATION IN SUPPORT OF DEFENDANTS' APPLICATION FOR COSTS AGAINST PLAINTIFFS AND ANNEXED EXHIBITS**

*JAMES E. JOHNSON*
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street*
*New York, N.Y. 10007*

*Of Counsel: MaryBeth Allen*
*Tel: (212) 356-5057*
*NYCLIS No. 2019-003789*

*Due and timely service is hereby admitted.*

*New York, N.Y. ......................................................................, 201*

*............................................................................................ Esq.*

*Attorney for .........................................................................*