```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
MELANIE RAYDO and DANIEL LANG,           :
                                         :
                        Plaintiffs,      :
                                         :
            -v-                          :
                                         :    18cv10919 (DLC)
THE CITY OF NEW YORK, NEW YORK CITY      :
POLICE OFFICER ERIC RODRIGUEZ            :           ORDER
individually and in his official         :
capacity, NEW YORK CITY POLICE OFFICER   :
JOHN DOE #1, individually and in his     :
official capacity, and NEW YORK CITY     :
POLICE OFFICERS JOHN AND JANE DOES #2-   :
#10, individually and in their           :
official capacities,                     :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On May 20, 2021, the defendants' motion for summary judgment was granted.  The plaintiffs' motion for reconsideration was denied on October 6.  On November 12, the Court of Appeals granted the plaintiffs' motion to withdraw their appeal.  On December 14, the defendants applied for an award of costs in the amount of $1,041.80.  The plaintiffs have opposed, making various representations regarding their health and financial condition in an attorney declaration.  It is hereby

ORDERED that the plaintiffs shall promptly provide to the defendants any information that the defendants seek to confirm the representations made in counsel's declaration.

IT IS FURTHER ORDERED that the defendants shall make any further submission in support of their application by **January 21, 2021.**

Dated:   New York, New York
         December 29, 2020

_____
DENISE COTE
United States District Judge